| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| KAREN STAUB SPEASE and CRAIG SPEASE, <br><br>    Plaintiffs, <br><br>v. <br><br>SERGEANT L.W. COOPER, DEPUTY CHARLES BREWER, DEPUTY JOHN S. WILLIAMS, SHERIFF ED CAIN, MICHELLE RANDOLPH, MANY DOES, ALLSTATE TEXAS LLOYDS, INC., PILOT CATASTROPHE SERVICES, INC. JAMES R. DAVIS, and HARDIN COUNTY SHERIFF'S DEPARTMENT, <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:12-CV-371 |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 29.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 92), which recommends that the court grant the "motions to dismiss, or in the alternative, motions for summary judgment" filed by the following defendants: Hardin County, Texas, on behalf of the Hardin County Sheriff's Department, Sergeant L.W. Cooper, Deputy Charles Brewer, Deputy John S. Williams, and Sheriff Ed Cain ("Hardin County Defendants") (Doc. No. 82); Pilot Catastrophe Services, Inc. ("Pilot") (Doc. No. 83); Allstate Texas Lloyds, Inc. ("Allstate") (Doc. No. 84); and James R. Davis ("Davis") (Doc. No. 85). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's report and recommendation (Doc. No. 92) is **ADOPTED**; and the "motions to dismiss, or in the alternative, motions for summary judgment" filed by the Hardin County Defendants (Doc. No. 82), Pilot (Doc. No. 83), Allstate (Doc. No. 84) and Davis (Doc. No. 85) are **GRANTED**; and the Plaintiffs' claims are **DISMISSED WITH PREJUDICE.**

SIGNED at Beaumont, Texas, this 4th day of February, 2014.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE